UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 22-09440-SSS (AS) | Date | April 24, 2023 |
|---|---|---|---|
| Title | *Charles Justus IV v. R.C. Johnson, et. al..* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | Not reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings (In Chambers):** ORDER TO SHOW CAUSE RE LACK OF PROSECUTION

On February 17, 2023, the Court issued an Order dismissing Plaintiff's Complaint with leave to amend. (Dkt. No. 8). Plaintiff was directed to file a First Amended Complaint within thirty days of the Court's Order. Id. at 7. Plaintiff was "explicitly warned that failure to timely file a First Amended Complaint will result in dismissal for failure to prosecute and/or failure to comply with a court order." Id. at 8.

To date, Plaintiff has failed to file a First Amended Complaint or seek an extension of time to do so. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE, in writing, no later than May 24, 2023**, why this action should not be dismissed with prejudice for failure to prosecute. This Order will be discharged upon the filing of a First Amended Complaint that complies with the Court's February 17, 2023 Order or upon the filing of a declaration under penalty of perjury stating why Plaintiff is unable to file a First Amended Complaint.

If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). A notice of dismissal form is attached for Plaintiff's convenience. Plaintiff is warned that a failure to timely respond to this Order will result in a recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders.

**IT IS SO ORDERED.**

cc: Sunshine Suzanne Sykes
United States District Judge