# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CHARLES JUSTUS IV,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>R.C. JOHNSON, et al.,<br><br>　　　　　Defendants. | Case No. CV 22-09440-SSS (AS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE.** |

　　Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein, and the Report and Recommendation of a United States Magistrate Judge to which no objections were filed. Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge in the Report and Recommendation.

　　**IT IS ORDERED** that Judgment shall be entered dismissing this action with prejudice.

1 | **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and
2 | the Magistrate Judge's Report and Recommendation on Plaintiff.

DATED: August 29, 2023

_____
SUNSHINE SUZANNE SYKES
UNITED STATES DISTRICT JUDGE