JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CHARLES JUSTUS IV,<br><br>        Plaintiff,<br><br>   v.<br><br>R.C. JOHNSON, et al.,<br><br>        Defendants. | Case No. CV 22-09440-SSS (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the above-captioned case is dismissed with prejudice.

DATED: August 29, 2023

_____
SUNSHINE SUZANNE SYKES
UNITED STATES DISTRICT JUDGE